UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82335-CIV-MARRA

JOANE BELONY,

    Plaintiff,

v.

AMTRUST BANK INVESTMENT SERVICES, INC.,

    Defendant.
_____/

## JOINT MOTION FOR COURT APPROVAL OF
## FLSA SETTLEMENT AND DISMISSAL

Defendant AmTrust Bank Investment Services, Inc. and Plaintiff Joane Belony, by and through their undersigned counsel, hereby advise the Court that the matters in controversy brought by Plaintiff have been resolved and settled to the satisfaction of the Plaintiff and Defendant, subject to the Court's approval, and file this joint motion requesting that the Court approve the settlement and dismiss the Plaintiff's action with prejudice. A proposed Order is attached hereto.

    1.    This case involved a claim by Plaintiff, a former employee of Defendant, alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA").

    2.    Plaintiff requested an award of unpaid wages, liquidated damages and reasonable attorney's fees and costs.

    3.    Defendant denies the allegations therein, contending that Plaintiff was not its employee and assuming <u>arguendo</u> she was its employee she was properly compensated for all hours worked.

4. Plaintiff and Defendant have reached an agreement to resolve this matter as and have prepared an Agreement memorializing same. The Parties request permission to submit the Agreement for in camera review to preserve its confidential nature.

5. The terms of the Agreement provide for resolution of all of Plaintiff's claims, including the alleged claims for unpaid wages.

6. The Parties wish to have this Court approve the settlement and enter an Order dismissing the Plaintiff's action with prejudice.

WHEREFORE, the Parties request that the Court enter an Order approving the Agreement and adjudging its terms to be adequate, proper, fair, and reasonable, and finally, to dismiss Plaintiff's Complaint with prejudice.

Dated this 1 day of July, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/ Mia B. Fraser<br>Traci H. Rollins<br>Florida Bar #769071<br>Mia B. Fraser<br>Florida Bar #0672270<br>SQUIRE, SANDERS AND DEMPSEY (US) LLP<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, Florida 33401-6798<br>561.650.7200 Telephone<br>561.655.1509 Facsimile<br><br>*Counsel for Defendant, AmTrust Bank Investment Services, Inc.* | /s/ Camar R. Jones<br>Camar R. Jones<br>Florida Bar No. 720291<br>E-mail: cjones@shavitzlaw.com<br>SHAVITZ LAW GROUP, P.A.<br>1515 S. Federal Hwy., Suite 404<br>Boca Raton, Florida 33432<br>Telephone: 561-447-8888<br>Facsimile: 561-447-8831<br><br>*Counsel for Joane Belony* |