UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82335-CIV-MARRA/JOHNSON

JOANE BELONY,

    Plaintiff,

vs.

AMTRUST BANK INVESTMENT
SERVICES, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Motion for Court Approval of FLSA Settlement and Dismissal (DE 32), filed July 1, 2011, and following a hearing before the Court held on this date.  The Court has reviewed the terms of the parties' settlement agreement in order to "scrutiniz[e] the settlement for fairness," in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

2.    Any pending motions are **DENIED AS MOOT**.

3.    The Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 19th day of July, 2011.

                                          KENNETH A. MARRA
                                          United States District Judge